UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                        :
Domingo Utitiaj, Jefferson Utitiaj, and     :    Case No: 3:15-cv-01219 (JAM)
Giosvy Utitiaj,                                        :
                                                        :
    Plaintiffs,                         :
v.                                                         :
                                                        :
Edge Food and Drinks, LLC and Gerardo J.   :
Umana,                                              :
                                                        :
    Defendants.                        :    August 30, 2016
_____:

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs, Domingo Utitiaj, Jefferson Utitiaj, and Giosvy Utitiaj, and the defendants, Edge Food and Drinks, LLC and Gerardo J. Umana, through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements.

    Respectfully submitted,

| THE PLAINTIFFS: | THE DEFENDANTS: |
|---|---|
| Domingo Utitiaj, Jefferson Utitiaj, and Giosvy Utitiaj, by | Edge Food and Drinks, LLC and Gerardo J. Umana, by |
|  /s/ Mariusz Kurzyna |  /s/ Justin K. Falco |
| Mariusz Kurzyna (ct28940) | Justin K. Falco (ct15614) |
| The Law Office of Mariusz Kurzyna | FASHJIAN & FALCO, P.C. |
| 130 West Main Street, P.O. Box 3104 | 66 Huntington Street |
| New Britain, CT 06050-3104 | Shelton, CT 06484 |
| Tel: 860-357-6070 | Tel: 203-926-6000 |
| Fax: 860-606-9560 | Fax: 203-926-0015 |
| Email: mariusz@kurzynalaw.com | E-mail: jkfalco.rgflaw@snet.net |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                      _/s/ Mariusz Kurzyna_